```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
VICTOR QUINONES,                                              :
                                      Plaintiff,              :
                                                              :      23 Civ. 8640 (LGS)
             -against-                                        :
                                                              :           ORDER
ALFREDO HERNANDEZ,                                            :
                                      Defendant.              :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 18, 2023, required the parties to file a proposed case management plan and joint letter by November 1, 2023.

WHEREAS, the initial pretrial conference is currently scheduled for November 8, 2023, at 4:10 P.M.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **November 6, 2023.**

Dated: November 3, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE