UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
VICTOR QUINONES,  :
                   Plaintiff,  :
                                   :        23 Civ. 8640 (LGS)
-against-  :
                                   :           <u>ORDER</u>
ALFREDO HERNANDEZ,  :
                  Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for November 8, 2023.

    WHEREAS, in their proposed case management plan, the parties consent to conducting all proceedings before Magistrate Judge Wang. It is hereby

    **ORDERED** that the November 8, 2023, initial pretrial conference is **ADJOURNED**. An order referring this case to Magistrate Judge Wang to conduct all proceedings and order the entry of a final judgment will issue separately.

Dated: November 7, 2023
         New York, New York

                                                         LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE