**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
VICTOR QUINONES,                                             :
                                                             :
                  Plaintiff,                                 :    23-CV-8640 (OTW)
                                                             :
              -against-                                      :    ORDER
                                                             :
ALFREDO HERNANDEZ,                                           :
                                                             :
                  Defendant.                                 :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 13.

A Status Conference will be held on **Wednesday, October 2, 2024, at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file an updated joint discovery plan in accordance with Fed. R. Civ. Proc. 26(f) by **Friday, September 27, 2024**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: September 5, 2024        **Ona T. Wang**
       New York, New York       United States Magistrate Judge