**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
VICTOR QUINONES,                             :
                                             :
                Plaintiff,                   :      23-CV-8640 (OTW)
                                             :
        -against-                            :      ORDER
                                             :
ALFREDO HERNANDEZ,                           :
                                             :
                Defendant.                   :
                                             :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

An in-person Status Conference was held in this matter on February 12, 2025. As discussed at the conference:

- Fact discovery is closed except for outstanding party depositions, which will be completed by **Monday, March 31, 2025**.

- Expert discovery will close on **Friday, May 2, 2025**.

- The parties will continue to file joint status letters on the last business Friday of each month.

- The parties' letter due **Friday, April 25, 2025**, will indicate the parties' readiness for trial, including trial availability in the upcoming months.

**SO ORDERED.**

Dated: February 13, 2025
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/Ona T. Wang_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge